UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JEREMY THOMAS** | **CIVIL ACTION NO. 6:23-CV-01432** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ABBEVILLE HIGH SCHOOL, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss (Rec. Doc. 7) is GRANTED IN PART AND DENIED IN PART. The motion is denied to the extent Defendants seek to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction. The motion is granted to the extent Defendants seek to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Accordingly, Plaintiff's suit is hereby DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 21st day of February, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE